UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CANDI M. SCHUTRUM,

                             Plaintiff,

        v.                                                    Civil No. 12-CV-0870

GC SERVICES, LIMITED PARTNERSHIP,

                             Defendant.
_____

## MEDIATION CERTIFICATION

A mediation session was held on:  March 27, 2013

☑ **Case has settled.**  The parties have been instructed to file a stipulation for dismissal pursuant to Rule 41.1 of the Local Rules of Civil Procedure for the Western District of New York.

☐ **Case has settled in part.**  The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation.

☐ **Case has not settled.**  Mediation will continue on

☐ **Case has not settled.**  Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

Dated: Buffalo, New York
        March 27, 2013


                             **HODGSON RUSS LLP**

                             s/ Hugh M. Russ, III
                                     Mediator
                             Hugh M. Russ, III
                             140 Pearl Street, Suite 100
                             Buffalo, New York   14202
                             (716) 856-4000
                             hruss@hodgsonruss.com