UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CANDI M. SCHUTRUM,

                            Plaintiff,

v.                                             Civil Action No. 12-cv-0870

GC SERVICES, LIMITED PARTNERSHIP,

                            Defendant.
_____

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice, and without attorney's fees and costs against any party.

| DATED: | DATED: |
|---|---|
| /s/Seth J. Andrews, Esq_____ | /s/Concepcion A.Montoya, Esq._____ |
| Seth J. Andrews, Esq. | Concepcion A. Montoya, Esq. |
| Law Offices of Kenneth Hiller | Hinshaw & Culbertson, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 6000 North Bailey Avenue, Suite 1A | 780 Third Avenue, 4th Floor |
| Amherst, New York 14226 | New York, New York 10017 |
| Phone:  (716) 564-3288 | Phone: (212) 471-6200 |